# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DONNIE MOORE,**

      **Plaintiff,**

**vs.**                            **Case No. 4:16cv504-MW/CAS**

**BANKCORP SOUTH,**

      **Defendant.**

_____/

## ORDER and REPORT AND RECOMMENDATION

On August 26, 2016, the pro se Plaintiff filed a motion seeking leave to proceed in forma pauperis, ECF No. 5, and an amended civil rights complaint, ECF No. 4.  Good cause having been shown, Plaintiff's in forma pauperis motion, ECF No. 5, is granted.  The Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff resides in Alabama.  ECF No. 4 at 2.  Plaintiff has listed only one Defendant, Bankcorp South Bank, but Plaintiff did not list an address for that Defendant.  It is unknown whether the Defendant either has an office in the Northern District of Florida or conducts business in Florida.  Nevertheless, the amended complaint does not provide a statement of

facts which is legible.  Plaintiff does not describe any fact or issue which

demonstrates a basis for a civil rights action in this Court.  Viewing either

the original complaint, ECF No. 1, or the amended complaint, ECF No. 4,

provides no confidence that Plaintiff will be able to submit a non-frivolous

complaint. Plaintiff's complaints are unintelligible and leave to amend would

serve no purpose.  It is recommended that this case be dismissed.

Accordingly, it is **ORDERED:**

1.  Plaintiff's motion requesting in forma pauperis status, ECF No. 5,

is **GRANTED**.

2.  The Clerk of Court shall file the complaint without requiring

payment of the filing fee.

**RECOMMENDATION**

It is respectfully **RECOMMENDED** that Plaintiff's amended complaint,

ECF No. 4, be **DISMISSED** for failure to state a claim upon which relief

may be granted pursuant to 28 U.S.C. § 1915(e)(2).

**IN CHAMBERS** at Tallahassee, Florida, on October 3, 2016.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**