IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONNIE MOORE,**

    **Plaintiff,**

**v.**                **Case No. 4:16cv504-MW/AS**

**BANKCORP SOUTH,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Amended Complaint, ECF No. 4, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall close the file.

**SO ORDERED on November 4, 2016.**

                                          **s/Mark E. Walker           ____**
                                          **United States District Judge**